USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONTINENTAL CASUALTY COMPANY a/s/o LAM GROUP,

                      Plaintiff,

      -v-

57 ANN STREET REALTY ASSOCIATES, INC., and LITTLE MAN PARKING, LLC,

                      Defendants.

---

24 Civ. 2418 (VM)

ORDER

**VICTOR MARRERO, District Judge:**

    Plaintiff Continental Casualty Company filed a Complaint in the above-captioned matter on March 29, 2024. (See Dkt. No. 1.) Defendant 57 Ann Street Realty Associates, Inc. filed an Answer to the Complaint and brough a cross-claim against co-defendant Little Man Parking, LLC on June 27, 2024. (See Dkt. No. 21.) Defendant Little Man Parking, LLC filed an Answer to the Complaint on June 28, 2024. (See Dkt. No. 24.)

    The parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management

Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is attached hereto and is also available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

_____
Victor Marrero
U.S.D.J.

Dated:   2 July 2024
         New York, New York