USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Continental Casualty Company as subrogor of Lam Group,

                Plaintiff,

-against-

57 Ann Street Realty Associates, Inc., et al.,

                Defendant.

1:24-cv-02418 (VM) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The undersigned has been referred the above-captioned case for general pretrial supervision. (Order of Reference, ECF No. 33.) The parties shall submit a joint letter regarding the status of discovery on November 29, 2024.

SO ORDERED.

Dated:    New York, New York
            September 9, 2024

_____
STEWART D. AARON
United States Magistrate Judge