**FABIANI COHEN & HALL, LLP**
ATTORNEYS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

(212) 644-4420
FAX (212) 207-8182

September 26, 2024

**Via Electronic-Filing**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Attention: The Honorable Victor Marrero, U.S.D.J.

Re:   *Continental Casualty Company v. 57 Ann Street Realty Associates, Inc., et al.*
      Case No:      1:24-cv-02418-VM
      Our File No:  736.40260

Dear District Judge Marrero:

      Our firm represents defendant Little Man Parking, LLC ("Little Man") in connection with the above litigation. This correspondence serves as the parties' joint letter with respect to the initial disclosures pursuant to FRCP Rule 26 that are due on September 26, 2024. The parties respectfully request a further extension of this deadline for the reasons set forth below.

      This subrogation matter concerns property damage and business interruption claims related to the collapse of a parking garage located at 57 Ann Street, New York, New York. By way of further explanation, at approximately 4:00 p.m. on April 18, 2023, a portion of the four-story building at 57 Ann Street, New York collapsed, resulting in the within property damage and business interruption losses claimed to have been sustained by the Aloft Hotel located at 49-53 Ann Street, New York.

      Separate and apart from this action, various other plaintiffs have commenced a total of eleven (11) actions in New York State Supreme Court in New York, Bronx, and Kings Counties seeking recovery for personal injury, property damage and economic loss. As such, our office made an application to the Litigation Coordination Panel (LCP) to have those eleven actions coordinated for discovery purposes in New York County (hereinafter the "coordinated actions"). That application was granted by Hon. Denise Hartman, Presiding Justice of the LCP, and the coordinated actions are presently stayed pending the appointment of an LCP judge to oversee coordinated discovery. The instant matter is the only case pending in Federal Court.

      As such, counsel for the parties have agreed in principal that it is both in the best interest of the parties as well as promotes judicial economy to remand this case to State Court, and have it be joined with the coordinated actions. Towards that end, counsel for co-defendant, 57 Ann Street Realty Associates, Inc, plaintiff, Continental Casualty Company a/s/o LAM Group and myself have been conferring as to the most appropriate vehicle by which to accomplish the transfer to State Court but have not yet agreed upon same.

3206510.0

The Honorable Analisa Torres, U.S.D.J.
*Continental Casualty Company v. 57 Ann Street Realty Associates, Inc., et al.*
September 26, 2024
Page **2** of 3

      In light of the foregoing, the parties respectfully request that initial disclosures be adjourned for an additional 30 days so that we may in fact accomplish the transfer of the case to State Court and have it joined with the coordinated actions.

      We thank Your Honor in advance for your consideration in this regard.

      Respectfully submitted;

      FABIANI COHEN & HALL, LLP

      *Craig P. Mauro*
      Craig P. Mauro

cc:    Michael Savett, Esq.
        Michael Wolfer, Esq.
        Bulter Weihmuller Katz Craig LLP
        Attorney for Plaintiff
        CONTINENTAL CASUALTY COMPANY A/S/O LAM GROUP
        305 Broadway, Suite 700
        New York, NY 10007
        (267) 507-1406

        Douglas H. Miller, Esq.
        Ropers Majeski, P.C.
        Attorneys for Defendant
        57 ANN STREET REALTY ASSOCIATES, INC.
        750 Third Avenue, 25th Floor
        New York, NY 10017

[3252617/1]